**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JUANA PASCUAL MIGUEL** | **CASE NO.  6:26-CV-00910 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 10], together with the written objection of Respondents, Kristi Noem, Todd Lyons, Christopher Bullock, and Pamela Bondi (collectively, "Respondents") [Doc. No. 11] and response of Petitioner Juana Pascual Miguel ("Petitioner") [Doc. No. 12], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the argument as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **GRANTED**. Respondents, including the warden of South Louisiana ICE Processing Center, shall (A) release Petitioner as quickly as reasonably possible from custody without any bond requirements or new conditions, and (B) notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that any possible or anticipated removal or transfer of Petitioner under this present detention

is **PROHIBITED**.[1] Respondents shall, within **24 hours** after Petitioner's release, email a status report confirming her release via the following email: doughty_motions@lawd.uscourts.gov.

MONROE, LOUISIANA, this 16th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] In other words, it is the Court's intent that Petitioner shall not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.